**closed**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIZA AZIMI, | ) | Case No. CV12-8404-JFW (PJWx) |
| | ) | |
| Plaintiff, | ) | *Honorable John F. Walter* |
| vs. | ) | |
| | ) | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1-100, Inclusive, | ) ) | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On November 14, 2012, the Honorable John F. Walter issued an Order granting Defendant WELLS FARGO BANK, N.A.'s ("Wells Fargo") Motion to Dismiss the Complaint of Plaintiff LIZA AZIMI. This Court having granted Wells Fargo's Motion to Dismiss, and ordered that the Complaint be dismissed with prejudice, hereby enters judgment as follows:

**IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendant Wells Fargo and against Plaintiff LIZA AZIMI.

**IT IS SO ORDERED.**

Dated: November 15, 2012              _____
                                      Honorable John F. Walter
                                      Judge of the District Court

1
JUDGMENT OF DISMISSAL